UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGUEL ZEPEDA SANCHEZ, on behalf of himself, FLSA Collective Plaintiffs, and the Class,

            Plaintiff,

-v-

ARSH LANDMARK GENERAL CONSTRUCTION, CORP., et al.,

            Defendants.

CIVIL ACTION NO. 25 Civ. 632 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This case was referred for general pretrial supervision and reports and recommendations on dispositive motions. (ECF No. 7). On January 22, 2025, Plaintiff filed the Complaint. (ECF No. 1). Pursuant to Federal Rule of Civil Procedure 4(m), the deadline for Plaintiff to serve Defendants was April 22, 2025. Plaintiff has not served Defendant Muhammad Sabir. The deadline for Defendant Arsh Landmark General Construction, Corp. to respond to the Complaint was February 18, 2025. (ECF No. 9). The deadline for Defendant Garib Taneja to respond to the Complaint was March 19, 2025. (ECF No. 10). Defendants have not responded to the Complaint or otherwise appeared in this action.

Accordingly, it is ORDERED as follows:

1. On or before **April 30, 2025**, Plaintiff shall file proof of service of the Summons and Complaint on Defendant Muhammad Sabir. Failure to file proof of service will result in dismissal without prejudice of Mr. Sabir under Rule 4(m).

2. On or before **April 30, 2025**, Plaintiff shall initiate default judgment proceedings against Defendants Arsh Landmark General Construction, Corp. and Garib Taneja in accordance

with Judge Ho's Individual Rules and Practices in Civil Cases, Federal Rule of Civil Procedure 55, and S.D.N.Y. Local Rule 55.

Dated:  New York, New York
        April 23, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

2