UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MIGUEL ZEPEDA SANCHEZ,

        Plaintiff,

    v.

ARSH LANDMARK GENERAL CONSTRUCTION, CORP., and GARIB TANEJA,

        Defendants.

Case No.: 1:25-cv-00632

**NOTICE OF MOTION FOR DEFAULT JUDGMENT**

---

    **PLEASE TAKE NOTICE** that upon the Affidavit of C.K. Lee and the exhibits attached thereto, and upon all prior proceedings had herein, Plaintiff MIGUEL ZEPEDA SANCHEZ hereby moves for an Order pursuant to Fed. R. Civ. P. 55(b)(2), granting Default Judgment in favor of Plaintiff and against Defendants ARSH LANDMARK GENERAL CONSTRUCTION, CORP. and GARIB TANEJA, jointly and severally, together with such other relief as the Court deems just and proper. For the avoidance of doubt, Plaintiff is not moving for default judgment on behalf of any putative class members or collective plaintiffs.

    Pursuant to Local Rule 55.2(b), attached to the Affidavit of C.K. Lee are copies of the Complaint, Affidavits of Service, Clerk's Certificate of Default, Plaintiff's Damage Calculations, and proposed Default Judgment.

Dated: June 9, 2025
       New York, New York

Respectfully submitted,

By:   */s/ C.K. Lee*
     C.K. Lee, Esq. (CL 4086)

**LEE LITIGATION GROUP, PLLC**
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 661-1008
Email: cklee@leelitigation.com
*Attorney for Plaintiff*