UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MIGUEL ZEPEDA SANCHEZ,

        Plaintiff,

   v.

ARSH LANDMARK GENERAL CONSTRUCTION, CORP.,
and GARIB TANEJA,

        Defendants.

Case No.: 1:25-cv-00632

**[PROPOSED]
DEFAULT JUDGMENT**

---

This action having been commenced on January 22, 2025, by the filing of the Summons and Complaint. Defendants ARSH LANDMARK GENERAL CONSTRUCTION, CORP., and GARIB TANEJA, having failed to appear or respond to the Summons and Complaint, it is

**ORDERED, ADJUDGED AND DECREED**:

1. That Plaintiff MIGUEL ZEPEDA SANCHEZ, has judgment against Defendants ARSH LANDMARK GENERAL CONSTRUCTION, CORP., and GARIB TANEJA, jointly and severally, for a total of **$397,215.26** in damages as follows:

| | |
|---|---:|
| Unpaid Wages for Final 2 Weeks of Employment | $3,278.00 |
| Unpaid Overtime Premiums due to Fixed Salary Compensation | $80,633.57 |
| Liquidated Damages for Unpaid Wages | $83,911.57 |
| Liquidated Damages for Late Wage Payments | $196,862.14 |
| Statutory Penalties due to WTPA Violations | $10,000.00 |
| Damages due to FICA Tax Retention | $7,529.98 |
| Civil Penalties for Frivolous Tax Returns | $15,000.00 |
| **TOTAL DAMAGES** | **$397,215.26** |

Dated: _____
       New York, New York

_____
Dale E. Ho
United States District Judge

This document was entered on the docket on

_____