## LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

<u>Via ECF</u>  July 1, 2025

Hon. Dale E. Ho, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Sanchez v. Arsh Landmark General Construction, Corp. et al*
      <u>Case No. 1:25-cv-00632</u>

Dear Judge Ho:

We are counsel to Plaintiff in the above-referenced matter and write jointly with counsel for Defendants to address next steps in the litigation, pursuant to the Court's June 24, 2025 Order.

Following the Show Cause Conference on June 24, 2025, the parties met and conferred on June 27, 2025. Upon reviewing the supporting evidence provided by Defendants regarding their efforts to contact their prior counsel, Jan Mahmood Tamoor, Esq., Plaintiff intends to withdraw his motion for default judgment. (Dkt. Nos. 21–24). Plaintiff reserves all rights to seek fees and costs incurred as a result of Mr. Tamoor's conduct.

The parties respectfully request that the Court grant Defendants three weeks to respond to the Complaint.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ C.K. Lee
cc: all parties via ECF

> Application GRANTED. Defendants' deadline to answer, move, or otherwise respond to the Complaint is hereby extended to **July 22, 2025.** The referral to Magistrate Judge Cave remains in effect.
>
> The Clerk of Court is respectfully directed to terminate ECF Nos. 21 & 29.
>
> SO ORDERED.
>
> *[signature]*
>
> Dale E. Ho
> United States District Judge
> Dated: July 1, 2025
> New York, New York

1