UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGUEL ZEPEDA SANCHEZ, on behalf of himself, FLSA
Collective Plaintiffs, and the Class,

                              Plaintiff,

        -v-

                                                        CIVIL ACTION NO. 25 Civ. 632 (DEH) (SLC)

                                                        **ORDER**

ARSH LANDMARK GENERAL CONSTRUCTION, CORP.,
et al.,

                              Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

        Pursuant to the Telephone Conference held on September 3, 2025, another
Telephone Conference is scheduled for **October 16, 2025, at 10:00 a.m. ET** on the Court's
conference line.  The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at
the scheduled time.  The parties shall be prepared to discuss a briefing schedule for Plaintiff's
anticipated motion for collective certification, along with their willingness to participate in a
Settlement Conference with the Court.

Dated:        New York, New York
              September 3, 2025

                              SO ORDERED.

                              _____
                              SARAH L. CAVE
                              **United States Magistrate Judge**