UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGUEL ZEPEDA SANCHEZ, <u>on behalf of himself, FLSA Collective Plaintiffs, and the Class</u>,

                Plaintiff,

-v-

ARSH LANDMARK GENERAL CONSTRUCTION, CORP., <u>et al.</u>,

                Defendants.

CIVIL ACTION NO. 25 Civ. 632 (DEH) (SLC)

**<u>ORDER</u>**

**SARAH L. CAVE,** United States Magistrate Judge.

On October 16, 2025, the Court held a telephone conference (the "Conference") and directed the parties to order a copy of the Conference transcript (the "Transcript") by October 23, 2025. (Dkt. No. 43). To date, the parties have not ordered the Transcript. Accordingly, the Court directs the parties to order the Transcript using the form annexed to the Order at Dkt. No. 43 by **November 12, 2025**.

Dated:     New York, New York
            November 10, 2025         SO ORDERED.

                                                      _____
                                                      **SARAH L. CAVE**
                                                      **United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u> The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | ○ | 3 Day $6.55 | ○ | 7 Day $5.85 | ○ | 14 Day $5.10 | ○ | 30 Day $4.40 | ○ |

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

[RESET]  [PRINT]  [SAVE]  [EMAIL]