UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGUEL ZEPEDA SANCHEZ, on behalf of himself, FLSA Collective Plaintiffs, and the Class,

                Plaintiff,

-v-

ARSH LANDMARK GENERAL CONSTRUCTION, CORP., et al.,

                Defendants.

CIVIL ACTION NO. 25 Civ. 632 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Telephone Conference held on November 13, 2025 (the "Conference"), the Court **ORDERS** the following:

1. The parties shall order a copy of the Conference transcript using the annexed form by **November 20, 2025**.

2. On or before **December 1, 2025**, Defendants shall identify and produce to Plaintiff:

    a. Payroll records for bricklayers employed by Defendant Arsh Landmark General Construction, Corp. ("Arsh") within six years of the filing of the complaint (Dkt. No. 1 (the "Complaint");

    b. Emails concerning Plaintiff and other bricklayers; and

    c. Documents concerning Arsh's employee and wage policies and/or practices for bricklayers.

3. The deadlines set forth in the Court's Order at Dkt. No. 43 concerning Plaintiff's motion for collective certification, or a stipulation between the parties regarding collective certification, are **VACATED**.

4. Plaintiff shall file his motion for collective certification (the "Motion") by **November 17, 2025**. Defendants shall file their opposition to the Motion by **December 23, 2025**. Plaintiff shall file his reply in further support of the Motion by **January 12, 2026**.

5. Another Telephone Conference to discuss the status of discovery is scheduled for **December 11, 2025, at 2:15 p.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

6. In advance of the telephone conference on December 11, 2025, the parties are directed to meet and confer concerning Plaintiff's discovery responses.

Dated:   New York, New York
         November 13, 2025          SO ORDERED.

                                    _____
                                    **SARAH L. CAVE**
                                    **United States Magistrate Judge**

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u> The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ◯ | ◯ | ◯ | ◯ | ◯ |

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

[ RESET ]   [ PRINT ]   [ SAVE ]   [ EMAIL ]