# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

**Via ECF**

December 9, 2025

Hon. Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    *Sanchez v. Arsh Landmark General Construction, Corp. et al*
Case No. 1:25-cv-00632

Dear Judge Cave:

We are counsel for Plaintiff in the above-referenced matter and write pursuant to Your Honor's Individual Rule C(2) and Local Civil Rule 37.2 to respectfully request the Court compel Defendants to produce their outstanding discovery regarding all the bricklayers by December 12, 2025.

On November 13, 2025, the Court ordered Defendants to "identify and produce to Plaintiff: a. Payroll records for bricklayers employed by Defendant…; b. Emails concerning Plaintiff and other bricklayers; and c. Documents concerning Arsh's employee and wage policies and/or practices for bricklayers." **on or before December 1, 2025** (Dkt. No. 47)(emphasis added).

Following that Order, although not required to do so, Plaintiff reached out to Defendants multiple times regarding their production. Defendants nevertheless failed to meet the December 1, 2025 deadline.

The parties met and conferred on December 3, 2025. As a courtesy, Plaintiff twice extended the deadline, with a final deadline of December 8, 2025. As of today, Defendants have produced none of the ordered documents and have not even advised as to when production can be expected.

Given Defendants' continued noncompliance, Plaintiff respectfully requests that the Court compel Defendants to produce the ordered documents by December 12, 2025.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc:    all parties via ECF

---

The Court is in receipt of Plaintiff's motion to compel Defendants to produce their outstanding discovery pursuant to the Court's Order at Dkt. No. 47 at 1 (Dkt. No. 55 (the "Motion")). The Motion is **GRANTED**. By **December 12, 2025**, Defendants shall produce (1) the payroll records for bricklayers employed by Defendant Arsh Landmark General Construction, Corp. ("Arsh") within six years of the filing of the complaint (Dkt. No. 1); (2) emails concerning the Plaintiff and other bricklayers; and (3) documents concerning Arsh's employee and wage policies and/or practices for bricklayers.

The Clerk of Court is respectfully directed to close Dkt. No. 55.

SO ORDERED.    December 9, 2025

SARAH L. CAVE
United States Magistrate Judge