UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGUEL ZEPEDA SANCHEZ, on behalf of himself, FLSA Collective Plaintiffs, and the Class,

                              Plaintiff,

   -v-

ARSH LANDMARK GENERAL CONSTRUCTION, CORP., et al.,

                              Defendants.

CIVIL ACTION NO. 25 Civ. 632 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held on December 11, 2025 (the "Conference"), the Court **ORDERS** the following:

1.  The deadlines set forth in the Court's Order at Dkt. No. 47 concerning Plaintiff's motion for conditional collective certification (Dkt. No. 48 (the "Motion")) remain in effect. (See Dkt. No. 47 at 2 ¶ 4). Defendants shall file their opposition to the Motion by **December 23, 2025**. Plaintiff shall file his reply in further support of the Motion (the "Reply") by **January 12, 2026**. To the extent Plaintiff raises any new evidence or arguments in the Reply, Defendants may submit a sur-reply, limited to Plaintiff's new evidence or arguments and limited to the same word count as the Reply, by **January 26, 2026**.

2.  The parties shall order a copy of the Conference transcript using the annexed form by **December 18, 2025**.

Dated:      New York, New York
            December 11, 2025

SO ORDERED.

SARAH L. CAVE
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:

(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|