UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGUEL ZEPEDA SANCHEZ, on behalf of himself, FLSA Collective Plaintiffs, and the Class,

Plaintiff,

-v-

ARSH LANDMARK GENERAL CONSTRUCTION, CORP., et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 632 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On December 29, 2025, Plaintiff Miguel Zepeda Sanchez, on behalf of himself, FLSA Collective Plaintiffs, and the Class ("Plaintiff") filed a letter motion to compel Defendants Arsh Landmark General Construction, Corp. and Garib Taneja ("Mr. Taneja") (together, "Defendants") to: (i) pay the cancellation fees of Mr. Taneja's December 5, 2025 deposition, and (ii) pay the fees and costs associated with the continued deposition of Mr. Taneja. (Dkt. No. 61 (the "Motion")). Pursuant to the undersigned's Individual Practices in Civil Cases ("Part Rules"), Defendants response to the Motion was due by January 5, 2026. (See Part Rules, § II.C.3). To date, Defendants have not responded to the Motion.

As a one-time courtesy, the Court sua sponte **EXTENDS** Defendant's deadline to respond to the Motion up to and including **January 13, 2026**. DEFENDANTS ARE WARNED THAT FAILURE TO RESPOND TO THE MOTION BY **JANUARY 13, 2026** WILL RESULT IN THE COURT DEEMING THE

2

MOTION UNOPPOSED AND DECIDING THE MOTION WITHOUT DEFENDANTS' RESPONSE.

Dated:      New York, New York
            January 6, 2026

                                SO ORDERED.

                                _____
                                SARAH L. CAVE
                                United States Magistrate Judge

2