UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGUEL ZEPEDA SANCHEZ, on behalf of himself, FLSA Collective Plaintiffs, and the Class,

Plaintiff,

-v-

ARSH LANDMARK GENERAL CONSTRUCTION, CORP., et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 632 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Today, on January 6, 2026, the Court sua sponte extended the deadline for Defendants Arsh Landmark General Construction, Corp. and Garib Taneja (together, "Defendants") to respond to the motion to compel (Dkt. No. 61 (the "Motion")) filed by Plaintiff Miguel Zepeda Sanchez, on behalf of himself, FLSA Collective Plaintiffs, and the Class.  (Dkt. No. 63).  On the same day, Defendants filed their response to the Motion.  (Dkt. No. 62).  Accordingly, no further response is required from Defendants.

A telephone conference to discuss the Motion is scheduled for **January 26, 2026, at 12:00 p.m. ET** on the Court's conference line.  The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:      New York, New York
            January 6, 2026

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge