UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGUEL ZEPEDA SANCHEZ, on behalf of himself, FLSA Collective Plaintiffs, and the Class,

       Plaintiff,

 -v-

ARSH LANDMARK GENERAL CONSTRUCTION, CORP., et al.,

       Defendants.

CIVIL ACTION NO. 25 Civ. 632 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 65, the Court previously scheduled a telephone conference for January 26, 2026, at 12:00 p.m. ET (the "Conference") to discuss the motion to compel filed by Plaintiff Miguel Zepeda Sanchez, on behalf of himself, FLSA Collective Plaintiffs, and the Class ("Plaintiff"). (Dkt. No. 63 (the "MTC")). (Dkt. No. 65). The Court is also in receipt of Plaintiff's motion for conditional collective certification, (Dkt. No. 48–50 (the "MCC")), the opposition to the MCC filed by Defendants Arsh Landmark General Construction, Corp. and Garib Taneja (together, "Defendants"), (Dkt. No. 60), and Plaintiff's reply, (Dkt. No. 68–69).[1] The parties shall be prepared to discuss both the MTC and the MCC at the Conference.

Dated:   New York, New York
     January 21, 2026      SO ORDERED.

                  SARAH L. CAVE
                 **United States Magistrate Judge**

---

[1] Pursuant to the Court's Order at Dkt. No. 57, Defendants may file a sur-reply to the MCC, limited to Plaintiff's new evidence or arguments by January 26, 2026. (Dkt. Nos. 57; 67 (granting an additional 700 words).