UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGUEL ZEPEDA SANCHEZ, on behalf of himself, FLSA Collective Plaintiffs, and the Class,

                                          Plaintiff,

        -v-

ARSH LANDMARK GENERAL CONSTRUCTION, CORP., et al.,

                                          Defendants.

CIVIL ACTION NO. 25 Civ. 632 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a telephone conference on February 2, 2026 (the "Conference") to discuss the motion to compel filed by Plaintiff Miguel Zepeda Sanchez, on behalf of himself, FLSA Collective Plaintiffs, and the Class ("Plaintiff"), (Dkt. No. 61 (the "MTC")), and Plaintiff's motion for conditional collective certification.  (Dkt. No. 48–50 (the "MCC")).  For the reasons stated at the Conference, the Court **ORDERS** the following:

1. Regarding the MTC, the parties shall split evenly — i.e., Plaintiff shall pay one-half, and Defendants Arsh Landmark General Construction, Corp. ("Arsh") and Garib Taneja ("Mr. Taneja") (together, "Defendants") shall pay one-half — all costs associated with the continued deposition of Mr. Taneja.

2. By **February 3, 2026**, in further opposition to the MCC, Defendants shall file the additional exhibit that Defendants produced to Plaintiff on December 23, 2025 showing the list of bricklayers and the checks they received for their wages (the "Additional Exhibit").  By **February 9, 2026**, Plaintiff may file a letter no longer than 700-words in response to the Additional Exhibit.

3. By **February 6, 2026**, Defendants may serve one additional interrogatory on Plaintiff requesting Plaintiff's ex-wife's name and last known contact information.

4. On November 13, 2025, the Court ordered Defendants to produce by December 1, 2025: (1) the payroll records for bricklayers employed by Arsh within six years of the filing of the complaint (Dkt. No. 1); (2) emails concerning Plaintiff and other bricklayers; and (3) documents concerning Arsh's employee and wage policies and/or practices for bricklayers (the "ESI Information")). (Dkt. No. 47). On December 9, 2025, Defendants having not produced the ESI Information, the Court again ordered Defendants to produce it by December 12, 2025. (Dkt. No. 56). At the Conference, Plaintiff stated that Defendants have not yet produced the ESI Information. Accordingly, by **February 16, 2026**, Defendants shall produce the ESI Information to Plaintiff.

5. By **February 9, 2026**, the parties shall order a copy of the Conference transcript using the annexed form.

The Clerk of Court is respectfully directed to close Dkt. No. 61.

Dated:       New York, New York
             February 2, 2026                    SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|