**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

MIGUEL ZEPEDA SANCHEZ, *on behalf of himself,*
*FLSA Collective Plaintiffs and the Class,*

                      Plaintiff,

   v.

ARSH LANDMARK GENERAL CONSTRUCTION,
CORP., *et al.,*

                    Defendants.

---

**Case No.**: 1:25-cv-00632

**<u>RULE 68 JUDGMENT</u>**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Arsh Landmark General Construction, Corp., Garib Taneja, and Muhammad Sabir (collectively "Defendants"), having offered to allow Plaintiff Miguel Zepeda Sanchez ("Plaintiff") to take a judgment against them, in the sum of Five Thousand Dollars and No Cents ($5,000.00), ("Judgment Amount") to resolve Plaintiff's individual FLSA claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated June 8, 2026 and filed as Exhibit A to Docket Number 82;

**WHEREAS**, on June 9, 2026, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 82);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Miguel Zepeda Sanchez, in the sum of $5,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated June 8, 2026 and filed as Exhibit A to Docket Number 82.

**SO ORDERED:**

Dated: _____June 10_____, 2026
      New York, New York

_____
      Dale E. Ho
      United States District Judge