UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGUEL ZEPEDA SANCHEZ, on behalf of himself, FLSA Collective Plaintiffs, and the Class,

                         Plaintiff,

  -v-

ARSH LANDMARK GENERAL CONSTRUCTION, CORP., et al.,

                         Defendants.

CIVIL ACTION NO. 25 Civ. 632 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On June 9, 2026, Plaintiff Miguel Zepeda Sanchez ("Mr. Sanchez") notified the Court that he accepted the offer of judgment offered by Defendants Arsh Landmark General Construction, Corp., Garib Taneja, and Muhammad Sabir (together, "Defendants") to resolve Mr. Sanchez's individual FLSA claims against Defendants.  (Dkt. Nos. 82; 82-1; 83).  On June 10, 2026, the Honorable Dale E. Ho So Ordered the parties' proposed Rule 68 Judgment.  (Dkt. No. 84).

By **June 29, 2026**, the parties shall file a joint letter clarifying whether there are any remaining claims in this action, or whether this case can be closed.

Dated:      New York, New York
           June 15, 2026          SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**